THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Darian Antway Meggett, Appellant.
 
 
 

Appeal From Charleston County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2009-UP-438
 Submitted September 1, 2009  Filed
September 10, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett A. Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Darian Antway Meggett appeals his guilty
 plea to criminal domestic violence, third offense, and three-year sentence. 
 Meggett's counsel argues his plea did not conform to the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  Meggett filed a separate pro se brief.  After
 consideration of both briefs, and review pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved. [1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 and KONDUROS and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.